JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PEDRO J. HONESTO,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>Defendants. | No. ED CV 20-01457-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

Date:  December 21, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge